*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  October 2, 2014                518440
_____

In the Matter of the Claim of
    GINA M. DiGENNARO,
                        Appellant.
                                        MEMORANDUM AND ORDER
COMMISSIONER OF LABOR,
                        Respondent.
_____

Calendar Date:  August 4, 2014

Before:  Lahtinen, J.P., Garry, Rose, Lynch and Devine, JJ.

_____

        Gina M. DiGennaro, Bloomfield, New Jersey, appellant
pro se.

        Eric T. Schneiderman, Attorney General, New York City
(Marjorie S. Leff of counsel), for respondent.

_____

        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed September 3, 2013, which ruled that claimant was
disqualified from receiving unemployment insurance benefits
because she voluntarily left her employment without good cause.

        Decision affirmed.  No. opinion.

        Lahtinen, J.P., Garry, Rose, Lynch and Devine, JJ., concur.

ORDERED that the decision is affirmed, without costs.



ENTER:

Robert D. Mayberger
Clerk of the Court